In re Ormet Corporation; Ormet Primary Aluminum Corp.; Jacques, Charles F.; Courrege, Paul R.; Lackie, Joe F.; Sullivent, Marion S.; Duncan, Robert N.; Barfield, *674 Thomas A.; Warburton, Stanley J.; Berg, Billy V.; Stephens, Joseph L.; Boudreaux, Larry J.; Lockwood, Allen J.; Breaux, Gloria C. R.N.; — Defendant(s); applying for supervisory and/or remedial writs; Parish of Ascension, 23rd Judicial District Court, Div. “A”, No. 54,561; to the Court of Appeal, First Circuit, No. CW95 1986.
Denied.